**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

No. 05-1006

─────────────

JERALD THOMAS MCCLARD,

                              Plaintiff - Appellant,

        versus

ALLIED OFFICE SUPPLIES, INCORPORATED,

                              Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-04-876)

─────────────

Submitted:  May 4, 2005              Decided:  May 16, 2005

─────────────

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jerald Thomas McClard, Appellant Pro Se.  Cherie Lee Adams, SILLS, CUMMIS, EPSTEIN & GROSS, P.C., Newark, New Jersey, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerald Thomas McClard, a Caucasian male, appeals the district court's order denying relief on his Title VII action for lack of standing.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See McClard v. Allied Office Supplies, Inc., No. CA-04-876 (E.D. Va. Nov. 26, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED